# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL G. HANSON & JUDITH A. HANSON  
7650 CUNNINGHAM ROAD  
ROCKFORD, IL 61102  

Case Number: 05-70841  
SSN-xxx-xx-9978 & xxx-xx-3066  

Case filed on: 3/1/2005  
Plan Confirmed on: 4/15/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,780.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,134.72 | 2,134.72 | 2,134.72 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ILLINOIS DEPARTMENT OF REVENUE | 1,125.47 | 1,125.47 | 1,125.47 | 0.00 |
|  | Total Priority | 3,260.19 | 3,260.19 | 3,260.19 | 0.00 |
| 999 | MICHAEL G. HANSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | PHH MORTGAGE CORP SERVICE CENTER | 138,893.66 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 138,893.66 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 918.91 | 918.91 | 339.40 | 0.00 |
| 006 | ACCOUNT RECOVERY SERVICES INC | 2,212.00 | 2,212.00 | 817.01 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERNATIONAL CREDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSOCIATED COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ATG CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ATTORNEY JOSEPH L POLITO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CACV OF COLORADO LLC | 7,355.47 | 7,355.47 | 2,716.76 | 0.00 |
| 014 | JOES TRANSMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | M.R.S. INDUSTRIES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MEDICAL DENTAL HOSPITAL BUREAU | 1,580.00 | 1,580.00 | 583.58 | 0.00 |
| 017 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 1,704.00 | 1,704.00 | 629.38 | 0.00 |
| 019 | NICOR GAS | 1,071.32 | 1,071.32 | 395.69 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 529.00 | 529.00 | 195.39 | 0.00 |
| 021 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | UNIFUND CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ILLINOIS DEPARTMENT OF REVENUE | 380.37 | 380.37 | 140.48 | 0.00 |
|  | Total Unsecured | 15,751.07 | 15,751.07 | 5,817.69 | 0.00 |
|  | Grand Total: | 160,768.92 | 21,875.26 | 11,941.88 | 0.00 |

Total Paid Claimant:    $11,941.88  
Trustee Allowance:    $838.12  
Percent Paid Unsecured:    36.94  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008                By  /s/Heather M. Fagan